**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARIE BRUNNER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  10-0366** |
| | : | |
| **MICHAEL ASTRUE** | : | |
| **Commissioner of Social** | : | |
| **Security** | : | |

## ORDER

**AND NOW,**  this 13th day of January, 2011, upon consideration of the Plaintiff's

Brief and Statement of Issues in Support of Request for Review (Document No. 7), the

Defendant's Response to Request for Review (Document No. 10), Plaintiff's Reply to

Defendant's Response (Document No. 12) and the plaintiff's objections (Document No.

15),  and after a thorough and independent review of the Report and Recommendation of

United States Magistrate Judge Henry R. Perkin,  it is **ORDERED** as follows:

    1.      The plaintiff's objections are **OVERRULED**;

    2.      The Report and Recommendation is **APPROVED** and **ADOPTED**;

    3.      **JUDGMENT** is entered in favor of the defendant and against the plaintiff.


                          /s/Timothy J. Savage
                          TIMOTHY J. SAVAGE,  J.